IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KAREN D. CRAIG                                                                              PLAINTIFF

      v.                          Civil No. 14-2094

CAROLYN COLVIN, Commissioner
Social Security Administration                                                              DEFENDANT

## J U D G M E N T

    For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

    IT IS SO ORDERED AND ADJUDGED this 1st day of June, 2015.

                                                  /s/ *Mark E. Ford*
                                                  HONORABLE MARK. E. FORD
                                                  UNITED STATES MAGISTRATE JUDGE